UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TYLER JAMES WHITHAM,**

    **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 8:18-cv-99-T-36TGW

**WILLIAM GLIDEWELL et al.,**

    **Defendants.**
_____/

### ORDER

Plaintiff's affidavit (Dkt. 13) in support of his amended complaint is **STRICKEN** as unauthorized. If Plaintiff wishes to file a second amended complaint, he must file a motion requesting leave to do so.

**DONE and ORDERED** in Tampa, Florida on April 18, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copy to: Plaintiff *pro se*