*2nd. Amended Complaint Dec. 2018*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## Tampa Division

### CIVIL RIGHTS COMPLAINT FORM

Tyler J. Whitham

CASE NUMBER: 8:18cv99-T-36T6W
(To be supplied by Clerk's Office)

FILED
2018 DEC 27 PM 3:05
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

(Enter full name of each Plaintiff and prison number, if applicable)

v.

William Glidewell, City of Clearwater, Clearwater Police Det. Chris Zierman, and Craigslist Inc.

v. William Glidewell, Chris Zierman of the Clearwater Police Dep., City of Clearwater, and Craigslist Inc.

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: N/A
(Indicate the name and location)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal. N/A

III. PREVIOUS LAWSUITS: N/A

DC 225 (Rev 2/2012)

1

A.  Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( )  No (✗)

B.  Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( )  No (✗)

C.  If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2. Court (if federal court, name the district; if state court, name the county): _____

      _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

      _____

      _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

      _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

D.  Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Tyler James Whitham

Mailing address: 6200 15th St. E. Bradenton, Fl. 34203 Apt. #9

B. Additional Plaintiffs: N/A

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: William Glidewell

Mailing Address: 3108 N. Boundary Blvd. Tampa FL. 33621

Position: Special Agent

Employed at: Macdill Air Force Base

D. Defendant: City of Clearwater

Mailing Address: 5141 78th AVE North Pinellas Park, FL 33781

DC 225 (Rev 2/2012) 3

Position: City Responsible

Employed at: _____

E. Defendant: Clearwater Police Det. Zierman, Chris

Mailing Address: 645 Pierce St, Clearwater, FL 33751

Position: Investigation & Arresting officers

Employed at: _____

F. Defendant: Craigslist Inc.

Mailing Address: 222 Sutter St, San Francisco, CA 94108 Floor 9

Position: Website (social media), Public

Employed at: _____

G. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

(1) Violation of Civil + Due Process Rights 42 U.S.C. §1983; (2) Invasion of Privacy; (3) Illegal Search & Siezure; (4) Physical, Verbal and sexual assault; (5) Defamation of Character; (6) Mental Abuse; (7) Torture; (8) Illegal Wiretapping; (9) Loss of Liberty; (10) Falsifying Legal Documents; (11) False Arrest/Imprisonment; (12) Illegal Use of a Two-Way comm. device; (13) Computer + Internet Fraud; (14) Kidnapping; (15) Travel To Meet a Minor; Entrapment (Illegal)

---

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

See Exhibit (A)

I, Tyler Whitham, was illegally, wrongfully, and fraudulantly accused of "Traveling To Meet a Minor", which I was arrested and charged with on April 13th, 2014 at approx 1:15 am in Clearwater, Florida as a result of a sting called, "Operation Guardian". Previously I was on Craigslist in the Adult (18+ up) Personals Dating Section, where I viewed and responded to a posting labeled, "Military Hot Spot", "Age 18". I sent and recieved emails to this post for about 3 days straight. My emails were short, and I had very little free time, so I sent my phone number and a little about myself in my first email to speed things up. I got a response back with

DC 225 (Rev 2/2012)  5



*PINELLAS*
*Exhibit A*

## Non-Negotiable Charge Back

| Case Number | Citation Number | Style/Defendant Info | Filed/Location/Judicial Officer | Type | Charge(s) |
|---|---|---|---|---|---|
| 15-003805-CO | | YOLANDA JAQUINET, et al Vs. TYLER JAMES WHITHAM | 05/26/2015 Section 41 McNARY, MYRA SCOT | | DELINQUENT TENAN |
| A2L762E | A2L762E | WHITHAM, TYLER JAI 09/16/1986 TRUE SPN 03300677 | 05/13/2015 North County JUDGE, INFRACTION | TRAFFIC INFRACTIO | D/W/L/S/R UNKNOWINGLY-FAILURE |
| (⃝) 1406091CFANO | | | | Access to this case is limited. | *2014* *TRAVELING TO MEET A MINOR* |
| 1403881MMANO | | WHITHAM, TYLER 09/16/1986 TRUE SPN 03300677 | 02/21/2014 Division R BEDINGHAUS, SUSAI | MISDEMEANOR | VIOLATION OF INJUNCTION FOR PI |
| 13-012465-FD | | LAUREN KING HARDISON Vs. TYLER JAMES WHITHAM | 11/18/2013 Section 14 ALLAN, LINDA R. | | DOMESTIC VIOLENCI |
| 13-011713-FD | | FLORIDA DEPARTMENT OF REVENUE, CYNTHIA ELAINE GRAVES Vs. TYLER JAMES WHITHAM | 10/25/2013 Section 25 COVERT, THANE | | IV-D UIFSA |
| 13001559WPW | 1559WPW | WHITHAM, TYLER JAI 09/16/1986 TRUE SPN 03300677 | 09/11/2013 South County OVERTON, WILLIAM I | TRAFFIC INFRACTIO | DRIVE/WHILE/LICENSE/SUSPENDE |
| 13000780XEK | 0780XEK | WHITHAM, TYLER JAI 09/16/1986 TRUE SPN 03300677 | 09/11/2013 Division G CARBALLO, JOHN | TRAFFIC COURT | RECKLESS DRIVING WHEN REDUC |
| 13001558WPW | 1558WPW | WHITHAM, TYLER JAI 09/16/1986 TRUE SPN 03300677 | 09/11/2013 South County OVERTON, WILLIAM I | TRAFFIC INFRACTIO | CARELESS DRIVING |
| 130780XEKASP | | WHITHAM, TYLER 09/16/1986 TRUE SPN 03300677 | 09/07/2013 Division G CARBALLO, JOHN | TRAFFIC COURT | RECKLESS DRIVING WHEN REDUC |
| 131558WPWASP | | WHITHAM, TYLER JAI 09/16/1986 TRUE SPN 03300677 | 09/07/2013 Division G CARBALLO, JOHN | TRAFFIC COURT | CARELESS DRIVING |
| 131559WPWASP | | WHITHAM, TYLER JAI 09/16/1986 TRUE SPN 03300677 | 09/07/2013 Division G CARBALLO, JOHN | TRAFFIC COURT | DWLSR |
| 13-008806-FD | | CARLOS SANCHEZ Vs. TYLER WHITHAM | 08/05/2013 Section 12 HELINGER, JACK | | DOMESTIC VIOLENCI |

a number to text or call. I text back and forth and had typical conversation and flirting that would occur between two adults. On the 3rd or 4th day we had a phone conversation, which I asked her how old her brother was that she was staying with, she said, "he is 28". I said, "so thats like ten years apart," and she said, "yes", which would tell me she was 18... I was given an address to meet her, and was arrested when I arrived 15 min. later. There was never any conversation about anyone being a minor. Craigslist is the social website that allowed the sting operation to be conducted to its users. William Glidewell was the fraudulant online "chatter", who created and controlled the fake profile. Detective Zierman, from the City of Clearwater Police Department, obtained and reported the fraudulant, invalid, un-just, created, false information, which I was arrested, charged, and violated for. I was in Pinellas County Jail for 6½ mo., while I was humiliated, tortured, deprived, judged, made fun of, + threatened. Holly Grissinger is the Prosecutor that said this was the info she was using to convict me of the charge. I lost my dog, my freedom, friends, schooling benifits, jobs, time, car, privacy, wages, career opportunities, reputation, physical and mental health, and respect from people that have seen it publicly. The acts of the Agencies and People(s) involved was egregious, fraudulant, pre-meditated, a violation of my Civil Rights, and illegal. The whole situation is public, and can be viewed online. The charge case # is 14060097CFANO. The State filed "Nolle Prosque", stating, "further inestigation is no longer Warranted", after I filed a Motion to Dismiss, based on Illegal Entrapment. The Justice system is in place so things like this Do Not happen. The Defendavits named are most directly responsible, as I never committed a crime. Please see continued statement of Facts on attached documents.

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Please Grant Relief for: Thereputic and Monetary reasons per

DC 225 (Rev 2/2012)

6

continued', "Statement Of Facts"
: Individual, seperated, numbered
Dates and times of alleged illegal acts.
On, or about April 13th the following did occur:

Def. #1 A.) Defendant: Craigslist Inc., is the website that allowed the "Operation Guardian", sting on their website, which I was in use of legally. This website violated my right to be free from fraud. ① Illegal use of a two-way comm. device, ② Computer & Internet fraud, ③ Illegal Wiretapping, ④ and Invasion of Privacy. Craigslist violated my Privacy Rights, and Owner/Operator of Websites Laws. This violation includes my right to be free from fraud, which Craigslist also allowed me to be defrauded on their website. The actions of Craigslist allowed the illegal scheme to be conducted on me through a website I was using in a normal manner.

Def. #2 B.) Def. William Glidewell, is the online "chatter", who created and controlled the fraudulent profile. He emailed me back and forth to my personal, private conversation I was having with the 18 yr old girl I was supposedly talking to. He sent the information he had obtained to the Clearwater Police Department because he quote "took it as I understood" he said in his deposition. This action was all illegal and fraudulent. William Glidewell Committed ① Violation of Civil & Due Process Rights 42 U.S.C. §1983, ② Invasion of Privacy, ③ Defamation of Character, ④ Illegal Wiretapping ⑤ Falsifying Legal Documents & Information, ⑥ Illegal use of a two-way comm. device, ⑦ Internet Fraud, and ⑧ Travel to Meet a Minor. These actions allowed an investigation by Detective Zierman of the Clearwater Police Department.

continued 2. Statement of Facts

Def. #3

C.) Detective, Chris Zierman, of the Clearwater Police Department, (A.K.A. Sgt. Zierman), used the information he was provided, along with his own words, and created an Investigor Narrative that was used to file a charge against me. The statements Det. Zierman made were not true. He fabricated, twisted, and manipulated the information that he knew was fraudulant. He allowed ① Illegal Search & Siezure, & committed ② Physical, Verbal, & Sexual Assault ③ Defemation of Character, ④ Falsifying legal Doc's, ⑤ False Arrest, ⑥ Kidnapping, ⑦ Illegal Entrapment, which I was violated.

Def. #4

D.) The Clearwater Police Department is under responsibility of the City of Clearwater, as this is the department of the City of Clearwater. I was held in the Pinnellas County Jail, while my car & belongings were siezed for supposedly being used in commission of a crime. While being held in jail, I told my attorney to tell the state this was all fraudulant and not true. I was ignored and dismissed, my truths were turned into lies, and instead of being released I was made offers and plea deals. Clearly this was an attempt to eliminate my possibility of Civil recourse for what was illegally and fraudulantly done to me. My attorney wrote a "motion to dismiss", based on an illegal for of entrapment by the agencies involved. The State Nolle Prosqued the charges before the judge could grant the motion. These are the facts and who was involved.

fault, gross neglegence, and strict liability as the law allows to the maximum penalty and punishment. I demand, within 21 days, $20,000,000.00 ea. def., et., al., or trial by jury to satisfy. The financial Affidavit Statement is provided to show the request breakdown.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 21 day of December, 2018.

_Tyler Whitham_
_____

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _____ day of _____, 20___.

DC 225 (Rev 2/2012)                                    7

Second Amended Complaint

2nd Amended Complaint & Recovery Statement

## Financial Damages Recovery Statement (Amended) (I)

Ref case NO: 8:18-CV-99-T-36

### *Summary*

All Calculations are from real damages as a result of a real incident that did occur. Amounts are based on past, present, and future loss, inconveniance, or injury as stated in the Claim.

| Item total | Item List | Item A. |
|---|---|---|
| 11,800,000 | B. | 3,300 / mo |
| 6,720,000 | F. | x 6 |
| 4,860,000 | C. | $ 19,800.00 |
| 240,000 | E. | Loss Wages |
| 19,800 | A. | |
| 12,000 | D. | Item B. |

Total = $ 23,651,800.00

Adjusted Total $20,000,000.00

Item B.
2500 hr
24
60,000 / day
30
1,800,000 / mo
x 6 mo
$ 11,800,000.00

Loss of Liberty & Time
Defamation of Character

(II)

**Item C.**

```
  100
×  40
```
4000 × 4 = 16,000
```
       ×    12
       192,000
       ×    30
   $ 4,860,000.00
```
Loss of Employment\Career

**Item D**

50\wk
× 4
200 × 12 = 2400
× 3
$ 12,000.00
Loss of Pet

**(ITEM E)**

125 per hour
× 2
wk > 250 × 4 = 1000 mo
× 12
12,000 × 20 = $240,000.00  20/years
Medication\Therapy

__(ITEM)(F.)__　　　　　Signature: ___III___

  500 per day
×   7
3500 × 4 = 14,000 monthly　　Date: ___
       × 12
  168,000 per year　　Notary Public
    × 40 Years
  $ 6,720,000.00
Pain & Suffering, Mental anguish,
Loss of interes Pleasure with
women\Sex
　　　　　　　　　　Date: ___

Recovery Request Amount Total
$ 20,000,000.00
　　　　　　Date: 12/21/18
__Sworn:__　　Signature: Tyler Whitham

The above calculations are made in good faith,
not intended to mislead, decieve or deprive
anyone in a Malicious or fraudulent manner,
Amounts are fair.
　　Unpaid Recovery interest Rate terms
until Recovery amount is Paid in full, it will
increase at 1% per 29 days.
inconveniance and legal fess will be added to
Recovery amount until Resolution.

Second Amended -
Dec. 2018.

# Financial Damage Recovery Statement

From: Tyler J. Whitham     Ref. Case No: 8:18-cv-99-T-36-

## Summary

All calculations are from real damages as a result of a real incident that did occur. Amounts are based on past, present, and future loss, inconveniance, or injury as stated in the claim.

**Item Total**    **Item List**

11,800,000 B.
6,720,000 F.
4,860,000 C.
240,000 E.
19,800 A.
+ 12,000 D.

Total = $23,651,800.00

**Item A.** 3,300/mo.
× 6/6
$19,800/mo.
Loss of Wages

**Item B.** 2500/hr
× 24
60,000/day
× 30
1,800,000/mo
× 6/6
$11,800,000/mo.
Loss of Liberty & Time,
Defamation of Character

**Item C.** 100
× 40
4000
× 4
16,000
× 12
192,000
× 30
$4,860,000
Loss of Career Employment

**Item D.** 50/wk
× 4
200/mo.
× 12
2400/yr.
× 5
$12,000/yrs.
Loss of Pet "Capone"

**Item E.** 125/hr
× 2
250/wk
× 4
1000/mo.
× 12
12,000/yr
× 20
$240,000/yrs
Medication & Therapy

**Item F.** 500/day
× 7
3500/wk
× 4
14,000/mo.
× 12
168,000/yr
× 40
$6,720,000/yrs
Pain & Suffering,
Mental Anguish, Loss of
Interest & Pleasure with
Women and Sex

**Recovery Request Amount:**

$20,000,000.00 U.S. Dollars

## Sworn

The above calculations are made in good faith, not intended to deceive or decieve anyone in a real cause or fraudulent manner. Amounts are fair.

## Unpaid Recovery Interest Rate Terms

Until Recovery amount is paid in full, it will increase at 1% per 29 days. Inconveniance and Legal fees will be added to Recovery Amount until resolution.

Signature: _Tyler Whitham_    Date 12/21/18    Notary Public:

Printed Name: Tyler Whitham    Date:

Pg. 1

Forms s40:7(1999)

# SWORN AFFIDAVIT

The State of Florida
County of Pinellas

Before me, the undersigned authority, personally appeared Tyler Whitham, who on oath does solemnly swear (or affirm) that [he or she] has knowledge of the matters stated herin: Case NO: 1406091CFANO. I personally was victim to the following against my will, unwarranted, without probable cause, and illegally without any responsibility taken by the defendants.

I was falsely accused + arrested for traveling to meet a minor. My rights were violated under Duress and I was physically forced to comply with demands and taken to jail. I was violated for 6 months. I was held against my will and physically/mentally tortured. Crimes Committed Are:
(1) False Arrest, (2) Falsifying Police Reports, (3) False Imprisonment, (4) Invasion of Privacy, (5) Illegal Search & Siezure, (6) Verbal + Sexual Assault, (7) Defamation of Character, (8) Illegal Wiretapping, (9) Computer + Internet Fraud, (10) Kidnapping, (11) Traveling to Meet a Minor, (12) Illegal Entrapment, (13) Illegal Use of a Two-Way Communications Device, (14) Mental Abuse, (15) Violation of Civil + Due Process Rights 42 U.S.C. § 1983.
A case number, lawsuit information, and Defendants info have been provided. I am seeking arrest and prosecution for all crimes. (See Attachments).

State of Florida
County of Pinellas

_____
Signature of Affiant

Sworn to or affirmed and subscribed before me on 22 day of 3 20 18.

_____
Signature of notary public—State of Florida

Personally known _____ or produced identification
Type of identification produced Jail ID



Brooke P. Boldin
Commission # GG036323
Expires: Feb. 1, 2021
Bonded thru Aaron Notary

Pg. 2

## Continued Affidavit

I, Tyler Whitham, do swear that I was taken (kidnapped) by Clearwater Police and Pinellas County Sheriff (with related agencies), and forced physically (under duress) to allow them to search and sieze my vehicle, confiscate my belongings and bring me to an undisclosed location without telling me why, or even where we were going.

I Tyler Whitham, was accused and charged with "Traveling To Meet a Minor", which was a ficticious crime that was completely fabricated and fraudulant. Based on the information provided, there was no reason (probable cause) to start any type of investigation on me at all. I had not commited any crime or attempted to. In order to conduct a criminal investigation on someone and record private E-mails, text messages, and phone conversation, you would need special approval from elected officials, and the approval would need to be based on information. If the information provided is false, invalid, fraudulant, or illegal, then approval/permission would not be able to be given legally, without violating my civil rights, which is a crime in itself. My privacy was invaded illegally, and then the information obtained (which was fabricated),

Pg. 3

## Continued Affidavit

was used to further the illegal scheme by officials, and charge me with the crime that was created by all the defendants involved, which I fell victim to. There was no pre-disposed acts made, or any seperate info found to give any reasonable susspicion to investigate, record, detain, accuse, or charge me with said aggregious crime. I was made a prisoner and held at randsome while I lost my dog of 5yrs, my relationships, my family, my belongings, my reputation, my income, my time, my physical/mental health, and most importantly, my freedom, which ultimately lead to me losing my mind, and many other things. I was held in the Pinellas County Jail for approximately 6½ months with a bond I could not afford. Being in jail for this long, was very hard on me physically, as I am a disabled Army veteran, and have a severe permanent ankle injury, which has been negatively affected, along with my mental health, due to the torture I endured. I spent many nights crying, not sleeping because I was so scared, humiliated, depressed, and alone. I had no support from anyone because of the nature of the charge. My own mother would

## Continued Affidavit

not even write me, or accept my phone call. I felt completely hopeless like a slave. I recieved Defamation of Character from all angles, which has haunted me ever since and made me an easy target for people and authorities to harass me and accuse me of crimes to be charged and arrested for. This has been happening since 2014 when this incident occured. I have been talked about on Facebook; I have been on the news; I am on the internet; I have been in the paper; and I am even on YOUTUBE. My name is ruined. My reputation is forever damaged. I have been homeless and in shelters on and off since 2014. My mental health is getting worse and worse by the day as I sink further and further into a bottomless hole of depression, which is affecting every other aspect of my life from my emotions, my attitude, my mood, my sexual performance, my love and affection with women, my self esteem, my goals, my sense of humor, my enthusiasm, my motivation, my trust in other people, my sleep schedule, my work performance, and my confidence, not to mention my recent abuse of drugs to compensate for my loss of self worth and pain I feel. I am not comfortable anymore.

## Continued Affidavit

I feel like I am always out of place. I feel like I am wrong for anything I do and I am not trusted by anyone, nor will I be respected by anyone. I remember waking up to a few men masturbating in my cell, and one specific time it was a child molester that slept underneath me on the bottom bunk. I had to fight to protect myself, and try to ignore the slanderous remarks from inmates and deputies about me and my charge. The physical and mental torture I was put through have affects that will never go away but only get worse. Words cannot describe the way I feel and the depth of my pain. I am just struggling to salvage a piece of my sanity and be able to live somewhat of a normal life after this nightmare. After all, I do have a son that I hope will still be able to look at me as a role model instead of a failure. Either way, the scars left behind will forever be seen and felt.

Sincerely,
Tyler

_Tyler Witham_
signature

_Bee I Bolden_
notary

Brooke S. Boldin 3/19/2018
Commission # GG036323
Expires: Feb. 1, 2021
Bonded thru Aaron Notary

## Continued Affidavit

Please realize and understand this is a real situation that did occur, and has real damages which I am prepared and willing to seek compensation for at any and all cost. I have the ACLU, VA, Attorneys, and many news journalists that are offering and attempting to be part of this. I have all records and full discovery of the entire inncident from day one. I am prepared to do whatever it takes and tell my story from my point of view and reveal the truth about it all. Even if I need to make a news interview about this I will. My name and image has already been ruined, so at this point I have nothing left to lose. I will use all forms of media and write a letter to the President, Donald Trump, so he is aware of what is being done to veterans and how it is ruining their lives. I have kept it inside too long, and the time for my compensation is now. This is a friendly, fair reminder that anyone involved should do whatever is necessary to satisfy the victim before this needs to go any further. I am the victim, and I deserve to be compensated. Justice will be served with criminal charges otherwise.

3/19/2018

Sincerely, Tyler Whitham